Stuart Kagen (CA Bar No. 212017)
skagen@kcbfirm.com
**KAGEN, CASPERSEN & BOGART PLLC**
750 Third Avenue, 24th Fl.
New York, NY  10017
Telephone: (212) 880-2045
Facsimile: (646) 304-7879
*Attorneys for Plaintiff Packlane, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PACKLANE, INC., <br><br> Plaintiff <br><br> BEST & FLANAGAN LLP and DANIEL L. GRIMSRUD, <br><br> Defendants. | Case No.: 4:23-cv-03496-HSG <br><br> **STIPULATION AND ORDER TO EXTEND MOTION TO TRANSFER BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-1 and 6-2, Plaintiff Packlane, Inc. ("Packlane") and Defendants Best & Flanagan LLP and Daniel L. Grimsrud (collectively, "Defendants," and together with Plaintiff, "Parties") stipulate as follows:

WHEREAS, on September 11, 2023, Defendants filed a Motion for Transfer of Venue to the District of Minnesota Pursuant to 28 U.S.C. § 1404 (ECF No. 14) ("Transfer Motion"), noticed for a hearing date of December 7, 2023;

WHEREAS, Plaintiff's response to Defendants' Transfer Motion is currently due by September 25, 2023, and Defendants' reply is currently due by October 2, 2023;

WHEREAS, the parties have agreed to stipulate to an extension of the briefing schedule given existing obligations in other matters;

WHEREAS, there have been no other time modifications in this case;

1

WHEREAS the extension will not alter the date of any event or any deadline already fixed by Court order, and will not have any effect on the schedule of this case, since the Court has set a case management hearing on October 17, 2023 to consider a case schedule;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their undersigned counsel, that:

1. Plaintiff shall oppose Defendants' Transfer Motion to Transfer by October 10, 2023; and

2. Defendants shall reply to Plaintiff's Opposition by October 17, 2023.

Dated: September 18, 2023

**KAGEN, CASPERSEN & BOGART PLLC**

By: /s/ Stuart Kagen
Stuart Kagen (CA Bar No. 212017)
skagen@kcbfirm.com
Joshua C. Gillette (admitted *pro hac vice*)
jgillette@kcbfirm.com
750 Third Avenue, 24th Fl.
New York, NY  10017
Telephone: (212) 880-2045
Facsimile: (646) 304-7879

Procopio, Cory, Hargreaves & Savitch LLP
Robert H. Sloss
sloss@procopio.com
3000 El Camino Real Ste 5-400
Palo Alto, CA 94306
Tel: 650-645-9024

*Attorneys for Plaintiff Packlane, Inc.*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Terrence J. Brasch
Terrence J. Brasch
tbrasch@grsm.com
Dion N. Cominos
dcominos@grsm.com
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
Fax: (415) 986-8054
*Attorneys for Defendants Best & Flanagan LLP and Daniel L. Grimsrud*

STIPULATION AND ORDER TO EXTEND MOTION TO TRANSFER BRIEFING SCHEDULE
Case No.: 4:23-cv-03496-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Stuart Kagen
Stuart Kagen

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2023, I electronically filed the foregoing document entitled JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO TRANSFER BRIEFING SCHEDULE with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: September 18, 2023

/s/ Stuart Kagen
Stuart Kagen

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   9/19/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge