UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACKLANE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST & FLANAGAN, LLP, et al., <br><br> Defendants. | Case No. 23-cv-03496-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on December 12, 2023. Having considered the parties' proposals, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | February 16, 2024 |
| Close of Fact Discovery | June 28, 2024 |
| Exchange of Opening Expert Reports | June 28, 2024 |
| Exchange of Rebuttal Expert Reports | July 19, 2024 |
| Close of Expert Discovery | August 16, 2024 |
| Dispositive Motion Hearing Deadline | October 3, 2024, at 2:00 p.m. |
| Pretrial Conference | January 7, 2025, at 3:00 p.m. |
| Jury Trial (10 days) | January 27, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

This order **TERMINATES** Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 12/20/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge